UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JILL BROWN** ) | |
| ) | |
| Plaintiff ) | Case Number: 12-0500 |
| ) | |
| vs. ) | |
| ) | |
| **SUNRISE CREDIT SERVICES, INC.** ) | |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Jill Brown, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
bruce@warren-lawfirm.com
Warren Law Group, PC
57 Cooper Street
Woodbury, NJ 08096
856-848-4572