UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL BROWN )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>SUNRISE CREDIT SERVICES, INC. )<br>)<br>Defendant )<br>) | Case Number: 12-0500<br><br>U.S. DISTRICT COURT<br>N.D. OF N.Y.<br>FILED<br><br>MAY 10 2012<br><br>LAWRENCE K. BAERMAN, Clerk<br>UTICA |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Jill Brown, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 5/10/2012 Utica, NY

BY: /s/ Bruce K. Warren
    Bruce K. Warren, Esquire
    Attorney for Plaintiff
    bruce@warren-lawfirm.com
    Warren Law Group, PC
    57 Cooper Street
    Woodbury, NJ 08096
    856-848-4572